■ In the Matter of the Claim of FRANCIS MCCARTHY, Respondent, v. NEW YORK CITY TRANSIT AUTHORITY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeals granted, without costs, on the ground that appellant is not a party aggrieved (*Matter of Parks* v. *Weaver,* 20 A D 2d 588, mot. for lv. to app. dsmd. 14 N Y 2d 481, 546). Gibson, P. J., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.

## FOURTH DEPARTMENT, DECEMBER, 1965

## (December 2, 1965)

■ WESTERN SAVINGS BANK OF BUFFALO, Respondent, v. LEISURELAND, U. S. A., INC., et al., Defendants, and SPORTSERVICE CORPORATION et al., Appellants.— Order unanimously affirmed, with costs. Memorandum: We affirm not because the lower court had no authority to grant the motion, but because discretion was properly exercised. (Appeal from order of Erie County Court denying defendants' motion to vacate the judgment of foreclosure and permitting service of answer.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.